THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAMON FLORES, Appellant.

(Argued May 20, 1936; decided June 5, 1936.)

*Marc Hermelin, Max Bollt* and *Bernard Reiss* for appellant.

*William Copeland Dodge, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment of conviction affirmed.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.